AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

sanofi-aventis and
sanofi-aventis U.S. LLC,
                Plaintiffs,

V.

Sun Pharmaceutical Industries, Ltd.,
Sun Pharmaceutical Industries, Inc.,
Sun Pharma Advanced Research Company,
Ltd. and Sun Pharma Global, Inc.
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-350

TO: (Name and address of Defendant)
    Sun Pharma Global, Inc.
    c/o Justin Krieger, Esquire
    Katten Muchin Rosenman LLP
    1025 Thomas Jefferson Street, N.W.
    Suite 700
    Washington, DC  20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  6/17/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** June 17, 2008 |
| **NAME OF SERVER (PRINT)** Diana L. Berry | **TITLE** Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Federal Expressing a copy of the Summons and Complaint to Sun Pharma Global, Inc. c/o Justin Krieger, Esquire, Katten Muchin Rosenman LLP, 1025 Thomas Jefferson Street, N.W., Washington, DC 20007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6·18·2008      [signature]
              *Date*                *Signature of Server*

1201 North Market Street
Wilmington, DE  19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.