AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

sanofi-aventis and
sanofi-aventis U.S. LLC,
Plaintiffs,
V.

**SUMMONS IN A CIVIL CASE**

Sun Pharmaceutical Industries, Ltd.,
Sun Pharmaceutical Industries, Inc.,
Sun Pharma Advanced Research Company,
Ltd. and Sun Pharma Global, Inc.,
Defendants.

CASE NUMBER: 08-350

TO: (Name and address of Defendant)
Sun Pharmaceutical Industries, Ltd.
c/o Justin Krieger, Esquire
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
Suite 700
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DATE 6/17/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE June 17, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Diana L. Berry | TITLE Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Federal Expressing a copy of the Summons and Complaint to Sun Pharmaceutical Industries, Ltd., c/o Justin Krieger, Esquire, Katten Muchin Rosenman LLP, 1025 Thomas Jefferson Street, N.W., Washington, DC 20007.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-18-2008
Date

*Signature of Server*

1201 North Market Street
Wilmington, DE 19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.